FILED
2004 Nov-30 PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY ROLAND, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 04-BE-0770-E |
| WARDEN MARTHA L. JORDAN, et al, | ) |
| Respondent. | ) |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be transferred to the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. §§ 1404(a) and 2241(d).

An appropriate order will be entered.

**DONE**, this 30th day of November, 2004.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

Case 1:04-cv-00770-KOB-JEO   Document 11   Filed 11/30/04   Page 2 of 3